```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 04 B 42142
   JOHN TERRY
   BRENDA TERRY                           CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-5069     SSN XXX-XX-9290
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/12/04 and confirmed on 03/04/05.

2. The case was converted to Chapter 7 after confirmation, 10/01/2007.

3. The Debtor paid a total of $ 17405.99 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NPS | SECURED | 10300.00 | 1365.12 | 8095.58 |
| CAPITAL ONE AUTO FINANCE | SECURED | 4575.00 | 606.36 | 3595.85 |
| ASSET ACCEPTANCE CORP | FILED LATE | .00 | .00 | .00 |
| THE SPORTING NEWS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T CABLE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | 4525.22 | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RMCB COLLECTION AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL FURNITURE MART | SECURED | 1500.00 | 198.84 | 1178.97 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT PUBLIC AID | PRIORITY | 1466.80 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1363.30 | .00 | .00 |
| COOKS SALES INC | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | FILED LATE | .00 | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 317.37 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 400.14 | .00 | .00 |
| EQUIFAX RISK MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| GE CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL MEDICAL COL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2375.83 | .00 | .00 |

```
CREATIVE LIVING             UNSECURED      NOT FILED              .00          .00
K MART RECOVERY SERVICE     UNSECURED      NOT FILED              .00          .00
TRS RECOVERY SERVICES       UNSECURED      NOT FILED              .00          .00
LOYOLA UNIVERSITY MEDICA    UNSECURED      NOT FILED              .00          .00
MERCHANTS CREDIT GUIDE      UNSECURED      NOT FILED              .00          .00
ASSET ACCEPTANCE CORP       FILED LATE           .00              .00          .00
TELECHECK                   UNSECURED      NOT FILED              .00          .00
FIRST RESOLUTION INVESTM    UNSECURED        4235.22              .00          .00
SUPERIOR ASSET MGMT         UNSECURED      NOT FILED              .00          .00
TCF BANK                    UNSECURED      NOT FILED              .00          .00
CARSTEN'S PUBLICATIONS      UNSECURED      NOT FILED              .00          .00
NEWS AMERICA MARKETING      UNSECURED      NOT FILED              .00          .00
UNITED CREDIT NATIONAL B    UNSECURED      NOT FILED              .00          .00
US CELLULAR                 UNSECURED      NOT FILED              .00          .00
T MOBILE                    UNSECURED         162.77              .00          .00
REVENUE SECURITY SERVICE    UNSECURED      NOT FILED              .00          .00
NPS                         UNSECURED        1946.66              .00          .00
CAPITAL ONE AUTO FINANCE    UNSECURED        1226.55              .00          .00
CENTRAL FURNITURE MART      UNSECURED        1100.01              .00          .00
INTERNAL REVENUE SERVICE    PRIORITY          449.90              .00          .00
B LINE LLC                  UNSECURED         496.25              .00          .00
AMERICASH LOANS             UNSECURED         249.00              .00          .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED       PRIORITY     UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  16375.00       1916.70      18398.32         .00     36690.02
PRINCIPAL PAID      12870.40           .00           .00         .00     12870.40
INTEREST PAID        2170.32           .00           .00         .00      2170.32
TOTAL PAID          15040.72           .00           .00         .00     15040.72
```

The Debtor's attorney, JAMES A YOUNG & ASSOC      , was allowed $   2200.00
and was paid $    974.00   direct and $   1226.00   through the plan.

The Trustee received $     668.35 .

Refunds to the Debtor totaled $    470.92 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/12/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

```
                            PAGE  3
        CASE NO. 04 B 42142 JOHN TERRY & BRENDA TERRY
```